JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC L. RAMSEY, | Case No. CV 12-8480 DSF (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| WARDEN A, CYNTHIA TAMPKINS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 3/5/13

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE